IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TONEY DERON DAVIS,

    Petitioner,

v.    Case No. 3:2014-cv-01200-TJC-PDB

SECRETARY,
FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

**PETITIONER'S NOTICE OF STATE COURT STATUS**

Petitioner Toney Deron Davis, through undersigned counsel, files this notice to update this Court on the status of Petitioner's litigation in state court based on *Hurst v. Florida*, 136 S. Ct. 616 (2016), and *Hurst v. State*, 202 So. 3d 40 (Fla. 2016).

On May 17, 2017, this Court lifted the administrative stay and ordered both parties to advise the Court on how the case should proceed. *Davis v. Sec'y, Fla. Dep't of Corrections*, No. 3:14-cv-1200-J-32-PDB, Doc. No. 28. In Petitioner's response to the Court's order, Mr. Davis explained that the Florida Supreme Court was still resolving whether *Hurst* is retroactive, and that the Florida Supreme Court was issuing show-cause orders on almost all pending *Hurst* claims based on the outcome of *Hitchcock v. State*, No. SC17-445, 2017 WL 3431500 (Fla. Aug. 10, 2017). Based on the Florida Supreme Court's treatment of *Hurst* claims, at the time

of the response to this Court's May 17 order, undersigned counsel advised that they were assessing whether to file a habeas corpus petition in the Florida Supreme Court raising *Hurst* retroactivity under federal law, an argument the Florida Supreme Court has yet to directly address. Undersigned counsel explained to this Court that it would possibly seek certiorari review in the United States Supreme Court.

Since then, Mr. Davis has filed a habeas corpus petition in the Florida Supreme Court raising the federal retroactivity issue. On September 27, 2017, Mr. Davis received a show-cause order from the Florida Supreme Court. *Davis v. Jones*, No. SC17-1711 (Order entered Sept. 27, 2017). That litigation is still pending. Should the Florida Supreme Court deny Mr. Davis' habeas petition, he intends to file a petition for writ of certiorari in the United States Supreme Court. Should those plans change, Mr. Davis will inform this Court.

Respectfully submitted,

/s/ Rick A. Sichta
Rick A. Sichta, Esq.
Florida Bar No. 669903
The Sichta Firm, LLC
301 W. Bay Street, Suite 14124
Jacksonville, FL 32202
rick@sichtalaw.com
(904) 329-7246

/s/ Billy H. Nolas
Billy H. Nolas
Florida Bar No. 00806821
Chief, Capital Habeas Unit
Kimberly Newberry
Attorney, Capital Habeas Unit
Federal Public Defender
Northern District of Florida
227 N. Bronough St., Ste. 4200
Tallahassee, FL 32301-1300
billy_nolas@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2017, a copy of the foregoing has been furnished to Assistant Attorney General Jennifer Keegan at jennifer.keegan@myfloridalegal.com and capapp@myfloridalegal.com.